UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) ) ) Plaintiff/ ) Counterclaim Defendant, ) ) v. ) ) WILKINS MICAWBER, LLC, ) ) Defendant/ ) Counterclaimant. ) | Case No. 2:19-cv-00322-PPS-JEM |

JOINT REPORT ON MEDIATOR SELECTION

Pursuant to the Court's Scheduling Order (Docket Entry No. 20), plaintiff/counterclaim defendant Scottsdale Insurance Company ("Scottsdale") and defendant/counterclaimant Wilkins Micawber, LLC ("Wilkins Micawber") jointly report that they have selected William Baten of Van Winkle Baten Dispute Resolution to act as mediator in this matter. In accordance with the Scheduling Order, Scottsdale and Wilkins Micawber will complete mediation and submit a corresponding report by November 30, 2020.

DATED: February 27, 2020.

Respectfully submitted,

Riley Bennett Egloff LLP

J. Mark McKinzie, No. 15024-29
Kevin T. Bennett, No. 34506-49
500 North Meridian Street, Suite 550
Indianapolis, IN 46204
P: 317-636-8000
F: 317-636-8027
mmckinzie@rbelaw.com
kbennett@rbelaw.com

-and-

1

/s/ David C. Linder
David C. Linder, No. 0252748
Larson • King, LLP
30 East 7th Street, Suite 2800
St. Paul, MN 55101
P: 651-312-6500
F: 651-312-6618
dlinder@larsonking.com

*Attorneys for Plaintiff/Counterclaim Defendant Scottsdale Insurance Company*

Taft Stettinius Hollister, LLP

/s/ David L. Guevara
David L. Guevara, No. 26388-49
James R.A. Dawson, No. 20086-49
One Indiana Square, Suite 3500
Indianapolis, IN 46204
P: 317-713-3500
F: 317-713-3699
dguevara@taftlaw.com
jdawson@taftlaw.com

*Attorneys for Defendant/Counterclaimant Wilkins Micawber, LLC*

1937164

2