UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) ) |
| Plaintiff and Counterclaim Defendant, | ) ) ) |
| v. | ) ) |
| WILKINS MICAWBER, LLC, | ) ) |
| Defendant and Counterclaimant. | ) ) ) |

Case No. 2:19-cv-322-PPS-JEM

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Counterclaim-Defendant Scottsdale Insurance Company and Defendant and Counterclaimant Wilkins Micawber, LLC, by counsel, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties voluntarily dismiss, *with prejudice*, all claims in the above action, with each party to bear its own attorneys' fees, costs, and expenses.

DATED: May 7, 2020.                Respectfully submitted,

/s/ J. Mark McKinzie
J. Mark McKinzie, No. 15024-29
Kevin T. Bennett, No. 34506-49
Riley Bennett Egloff LLP
500 North Meridian Street, Suite 550
Indianapolis, Indiana 46204
P: 317-636-8000
F: 317-636-8027
mmckinzie@rbelaw.com
kbennett@rbelaw.com

- and -

/s/ David C. Linder
David C. Linder, No. 0252748
Larson • King, LLP
30 East 7th Street, Suite 2800
St. Paul, Minnesota 55101
P: 651-312-6500
F: 651-312-6618
dlinder@larsonking.com

*Attorneys for Plaintiff/Counterclaim-Defendant Scottsdale Insurance Company*

/s/ David L. Guevara
David L. Guevara, No. 26388-49
James R.A. Dawson, No. 20086-49
Taft Stettinius Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
P: 317-713-3500
F: 317-713-3699
dguevara@taftlaw.com
jdawson@taftlaw.com

*Attorneys for Defendant/Counterclaimant Wilkins Micawber, LLC*